40-2017

# COMPLAINT EX. B

| Doe | IP | Infringement UTC | File Hash | ISP | State |
|---|---|---|---|---|---|
| 1 | 67.2.223.253 | 2017-01-30 09:10:32 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | CenturyLink | Utah |
| 2 | 174.23.97.205 | 2017-01-12 04:14:53 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | CenturyLink | Utah |
| 3 | 67.177.21.202 | 2017-01-09 11:50:02 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 4 | 50.160.107.104 | 2017-01-08 21:23:48 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 5 | 73.228.97.5 | 2017-01-07 18:49:07 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 6 | 73.98.194.134 | 2017-01-07 01:40:33 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 7 | 65.130.235.97 | 2017-01-04 21:51:08 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | CenturyLink | Utah |
| 8 | 73.98.163.201 | 2017-01-03 06:50:08 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 9 | 174.52.68.134 | 2016-12-31 23:58:10 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 10 | 67.172.254.125 | 2016-12-29 08:07:17 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 11 | 73.3.114.65 | 2016-12-26 04:05:07 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 12 | 71.32.233.58 | 2016-12-23 23:41:46 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | CenturyLink | Utah |
| 13 | 73.131.214.65 | 2016-12-21 11:23:41 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 14 | 73.98.161.132 | 2016-12-20 10:40:45 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 15 | 67.186.238.235 | 2016-12-19 04:23:50 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 16 | 174.23.90.69 | 2016-12-17 04:45:10 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | CenturyLink | Utah |
| 17 | 73.228.104.103 | 2016-12-11 23:28:13 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |
| 18 | 24.11.108.18 | 2016-12-11 19:58:35 | SHA1: 53FB1F5227AF516DCDA02C0C651326D87D65C813 | Comcast Cable | Utah |